

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-24-00161-CV

Stephen D. **AGUILAR**,
Appellant

v.

Gianinna J. **AGUILAR**,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI07010
Honorable Antonia Arteaga, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, the portion of the trial court's December 6, 2023 order that grants appellee Gianinna J. Aguilar a wage-withholding order is VACATED, and appellee's request for that relief is DISMISSED.

The remainder of the trial court's December 6, 2023 order is REVERSED. We REMAND this matter for a trial on the merits of appellee's Petition for Enforcement of Spousal Maintenance.

We order appellee to pay the costs of this appeal.

SIGNED May 28, 2025.

_____
Lori I. Valenzuela, Justice